BEFORE THE SECOND DIVISION, DECEMBER 17, 1964

No. 68960.—New York Merchandise Co., Inc. *v.* United States, protests 60/8632 (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of permanently fitted plastic cases similar in all material respects to those the subject of Abstract 67837, the claim of the plaintiff was sustained.

DECEMBER 17, 1964

No. 68961.—APPEAL 5192.—United States *v.* A. N. Deringer, Inc.—

C.D. 2474. Appeal dismissed September 28, 1964.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1964

No. 68962.—Cosmos Products Co. et al. *v.* United States, protests 63/9166, etc. (New York).

Opinion by Oliver, C.J. In accordance with stipulation of counsel that the merchandise consists of electric motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.